# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2024 KW 0885

VERSUS

RANELL BRUMFIELD                                    **DECEMBER 16, 2024**

---

In Re:    Ranell Brumfield, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, Nos. 20-
          CR5-143888, 21-CR5-146677, 22-CR5-148986.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

　　**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a
file-stamped copy of the motion for production of documents or any
other documentation that would support the claims set out in the
writ application. Supplementation of this writ application and/or
an application for rehearing will not be considered. See Uniform
Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the
event relator elects to file a new application with this court, he
may do so without the necessity of obtaining a return date. Any
future filing on this issue should include the entire contents of
this application, the missing items noted above, and a copy of
this ruling.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
　　　FOR THE COURT